437 A.2d 1033

Commonwealth, Appellant v. Martz.

Submitted December 6, 1977. Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellant; Lynn Erickson Stock, for appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

The order of the lower court is hereby affirmed.

WATKINS, P. J., and JACOBS, HOFFMAN and PRICE, JJ., did not participate in the consideration or decision of this case.